

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00450-CR

Cesario **RAMON,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2012-02190
Rob Hofmann, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    M. Patrick Maguire                    Tonya Kay Ahlschwede
       M. Patrick Maguire, P.C.              452nd District Attorney
       945 Barnett St.                       1024 McKinley
       Kerrville, TX 78028                   Mason, TX 76849-0046